THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| DARRELYN COX,<br><br>          Plaintiff,<br>vs.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington corporation, d/b/a St. Joseph Medical Center,<br><br>          Defendant. | NO. 3:15-cv-05057-BHS<br><br>STIPULATED ORDER OF DISMISSAL |

## STIPULATION

COME NOW the parties, by and through their respective counsel, and stipulate to the entry of an Order of Dismissal of the above-entitled action, such dismissal to be with prejudice and without costs to either party.

DATED this 15th day of June, 2015.

ATTORNEYS FOR PLAINTIFF:

DWAYNE L. CHRISTOPHER, PLLC
Dwayne L. Christopher, WSBA No. 28892

GORDON THOMAS HONEYWELL LLP

By /s/ James W. Beck
    James W. Beck, WSBA No. 34208
    jbeck@gth-law.com

STIPULATED ORDER OF DISMISSAL - 1
(3:15-cv-05057-BHS)
[4840-6467-7924]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

ATTORNEYS FOR DEFENDANT:

BENNETT BIGELOW & LEEDOM, P.S.

By /s/ Michael Madden
    Michael Madden, WSBA No. 8747
    mmadden@bbllaw.com
    Rhianna M. Fronapfel, WSBA No. 38636
    RFronapfel@bbllaw.com

POLSINELLI, P.C.

By /s/ Gillian McKean Bidgood
    Gillian McKean Bidgood (pro hac vice)
    gbidgood@polsinelli.com

## ORDER

Based on the foregoing Stipulation, the above-entitled action is hereby DISMISSED, with prejudice and without costs to either party.

DATED this 15 day of June, 2015.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

DWAYNE L. CHRISTOPHER, PLLC
Dwayne L. Christopher, WSBA No. 28892

GORDON THOMAS HONEYWELL LLP

By /s/ James W. Beck
    James W. Beck, WSBA No. 34208
    jbeck@gth-law.com

STIPULATED ORDER OF DISMISSAL - 2
(3:15-cv-05057-BHS)
[4840-6467-7924]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565